488 So.2d 682 (1986)
STATE of Louisiana
v.
Michael C. PINKNEY.
No. 86-K-0685.
Supreme Court of Louisiana.
June 6, 1986.

*683 ON WRIT OF CERTIORARI GRANTED.
The conviction is affirmed. The sentence is amended, however, to delete only that portion which imposes one additional year in default of payment of the $1000.00 fine. Bearden v. Georgia, 461 U.S. 660, 103 S.Ct. 2064, 76 L.Ed.2d 221 (1983); Tate v. Short, 401 U.S. 395, 91 S.Ct. 668, 28 L.Ed.2d 130 (1971); Morris v. Schoonfield, 399 U.S. 508, 90 S.Ct. 2232, 26 L.Ed.2d 773 (1970); Williams v. Illinois, 399 U.S. 235, 90 S.Ct. 2018, 26 L.Ed.2d 586 (1970). See also, State v. Garrett, 484 So.2d 662 (La. 1986); State v. Williams, 484 So.2d 662 (La.1986); and, State v. Barlow, 488 So.2d 179 (La.1986).
MARCUS, J., dissents form the order. See La.Code Cr.P. art. 884; La.R.S. 14:95.1; State v. Williams, 288 So.2d 319 (La.1974).